The Starr Piano Company Sales Corporation, appellant, v. Morris Fisher et al., appellees. Gen. No. 31,345.

Replevin for musical instruments on which final payment was refused. Order of *retorno habendo* for defendants. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed with a finding of fact. Opinion filed March 29, 1927.

John Sunde, for appellant; Arthur H. Grosskopf, of counsel. John R. Heath, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

In re petition of John G. Nigg, arrested at the suit of Rosie Seniw, appellant, v. The People of the State of Illinois, appellee. Gen. No. 31,356.

Petition for discharge under the Insolvent Debtors' Act. Dismissed and remand to custody. Appeal from the County Court of Cook county; the Hon. I. L. Weaver, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

John H. Roser, for appellant. Alfred O. Erickson, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Petronella Zonca and Peter Zonca, plaintiffs in error, v. Joseph Opsadek, by August Opsadek, and Ed Johnson, trustee in bankruptcy of the estate of Peter Zonca, bankrupt, defendants in error. Gen. No. 31,637.

Bill of review to set aside default decree in creditors' suit. Dismissed for want of equity. Error to the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 29, 1927.

Aaron Rothstein, for plaintiffs in error; Morris K. Levinson, of counsel. Earl J. Walker, for defendants in error.

Mr. Justice Barnes delivered the opinion of the court.

---

Joseph B. Raban, plaintiff in error, v. Frank Mahr and Ella Mahr, defendants in error. Gen. No. 30,862.

Appeal from order staying execution on note confession judgment. Error to the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Reversed. Opinion filed March 29, 1927.

G. A. Buresh and Jess S. Raban, for plaintiff in error. No appearance for defendants in error.

Mr. Justice Fitch delivered the opinion of the court.